FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0030

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                            O R D E R

CHRISTOPHER MICHAEL WELCH,

     Defendant and Appellant.

_____

Counsel for Appellant has filed a second motion for extension of time to file the reply brief in this matter. By Order dated August 4, 2023, the Court indicated that no further extensions would be granted. Counsel has failed to address that Order. Therefore,

IT IS HEREBY ORDERED that Appellant has until September 25, 2023, to file his reply brief, or this matter will be submitted to the Court on the briefs filed as of that date.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 7 2023